

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00299-CV

| | |
|---|---|
| MAIRENI PEGUERO; BRAD YOUNG; AND DYNO PETRO, LLC, Appellants | § On Appeal from the 17th District Court |
| | § of Tarrant County (017-362898-25) |
| V. | § October 16, 2025 |
| JERRY FREISHTAT AND JUSTIN FREISHTAT, Appellees | § Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. It is ordered that the order of the trial court is affirmed in part and reversed in part. We reverse that portion of the trial court's order that denied Dyno Petro, LLC and Brad Young's motion to compel arbitration with respect to Darrin Hunter, and we order that claim to arbitration. We affirm the remainder of the trial court's order, and we remand this case to the trial court to reformulate a stay.

It is further ordered that Appellants and Appellees shall split all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
    Justice Dabney Bassel